```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
In re:                                                 :
                                                       :     Chapter 11
KIM'S PROVISION CO., INC.,                             :     Case No. 12-11820 (SMB)
                                                       :
                         Debtor.                       :
------------------------------------------------------X
HELICON PARTNERS, LLC,                                 :
                                                       :
                         Plaintiff,                    :
                                                       :
            – against –                                :     Adv. Proc. No. 12-1602
                                                       :
KIM'S PROVISION CO., INC., et al.,                     :
                                                       :
                         Defendant.                    :
------------------------------------------------------:
```

## ORDER TO SHOW CAUSE

Upon the accompanying Certification of Sung Kim, principal of SHK Holding and SHK Equities Inc. ("SHK"), together with the exhibits annexed thereto and the supporting memorandum of law,

IT IS HEREBY ORDERED that HELICON PARTNERS LLC, show cause **at an evidentiary hearing** before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at One Bowling Green, Courtroom 723, New York, NY 10004, on May 21, 2012 at 2:00 p.m. or as soon thereafter as counsel can be heard why an Order should not be entered discontinuing and vacating the restraints and attachments imposed by the New York County Supreme Court on April 27, 2012 through an Order of Attachment in case <u>Helicon Partners, LLC v. Kim's Provision Co., Inc.</u>, Index No. 650499/2012 as to SHK's accounts (#3115001178 & #31150000311) ; and it is further

ORDERED, that SHK shall serve a copy of this order and the papers upon which it is based on the counsel for all parties by email (but not through the ECF), facsimile or personal delivery so as to be received by May 17, 2012, at noon; and to promptly file proof of service

thereof; and it is further

ORDERED that any papers in opposition to SHK's application for relief shall be served via email (but not through the ECF), facsimile or personal delivery, with a copy hand delivered to chambers, so as to be received by May 21, 2012, at 10:00 a.m.

Dated: New York, New York
      May 16, 2012

                                  /s/ *Stuart M. Bernstein*
                                  STUART M. BERNSTEIN
                                  United States Bankruptcy Judge